

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Stephen M. Schenning*
*Acting United States Attorney*

*Kenneth S. Clark*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4859*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*
*TTY/TDD: 410-962-4462*
*Kenneth.Clark@usdoj.gov*

November 10, 2017

**VIA EMAIL**

Anthony Martin, Esq. – admartinesq@aol.com
William Purpura, Esq. – wpurp@aol.com
    *Counsel for Mr. Diaz-Hernandez*

Richard Bittner, Esq. – richbittner@gmail.com
Harold Trainor, Esq. – htrainor@lawannapolis.com
    *Counsel for Mr. Dominguez-Lopez*

    **Re:**    *United States v. Diaz-Hernandez, et al.*, No. JKB-16-0259

Dear Counsel:

    I write to inform you that the government has received authorization from the Attorney General not to seek the death penalty in the above matter.

    Should you have any questions, please feel free to contact me at (410) 209-4859.

                Sincerely,

                __/s/_____
                Kenneth S. Clark
                Assistant United States Attorney

cc:    Honorable James K. Bredar (via ECF)
        C. Fuchs, Esq. (via email)
        C. Dick, Esq. (via email)