

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Stephen M. Schenning*
*Acting United States Attorney*

*Kenneth S. Clark*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4859*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*
*TTY/TDD: 410-962-4462*
*Kenneth.Clark@usdoj.gov*

November 22, 2017

**VIA ECF**

Honorable James K. Bredar
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Diaz-Hernandez, et al.*, No. JKB-16-0259

Dear Judge Bredar:

      I write to provide a status update in the above-captioned matter. The parties have discussed and believe that the trial in this matter should not take more than 2 weeks, or 10 trial days, to complete. We will, of course, continue to discuss the potential for resolution of the case short of trial and advise the court immediately if that is likely.

      Should you have any questions or need any additional information, please feel free to contact me at (410) 209-4859.

      Sincerely,

      \_\_/s/_____
      Kenneth S. Clark
      Clinton Fuchs
      Assistant United States Attorneys

cc:    T. Martin, Esq. (via ECF)
       W. Purpura, Esq. (via ECF)
       R. Bittner, Esq. (via ECF)
       H. Trainor, Esq. (via ECF)