IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal Number: JKB-16-0259 |
| ELVIN DIAZ-HERNANDEZ, and JUAN DOMINGUEZ-LOPEZ, | * |
| Defendants. | * |

..ooOoo..

### ORDER

The Court, upon the motion by the United States of America, hereby extends the deadline for the Government's response to pre-trial motions until January 12, 2018.

Date: __Dec. 22, 2017__

Honorable James K. Bredar
United States District Court Judge