IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| v. | \* | **Criminal Number: JKB-16-0259** |
| | \* | |
| **ELVIN DIAZ-HERNANDEZ, and** | \* | |
| **JUAN DOMINGUEZ-LOPEZ,** | \* | |
| | \* | |
| **Defendants.** | \* | |

..ooOoo..

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' PRE-TRIAL MOTIONS

The United States of America, by and through, counsel Stephen M. Schenning, Acting United States Attorney for the District of Maryland, and Kenneth S. Clark, Assistant United States Attorney for the District of Maryland, respectfully submits this Motion for Extension of Time to Respond to the Defendants' Pre-Trial Motions.

1. In August 2017, the court set an amended scheduling order rescheduling the trial date for March 26, 2018 and setting a motions hearing for February 8-9, 2018. It also set dates for the filing of motions and set the deadline for the Government's responses to those motions for December 11, 2017. The Court has since granted consent motions to extend that deadline until January 12, 2018.

2. The defendants have filed motions to suppress various evidence in the case.

3. The parties have been discussing resolution of these matters short of trial. Although there has been progress on those discussions, they are continuing. As a result, the Government respectfully requests that it be permitted to respond to all the Defendants' motions by Friday, January 26, 2018.

4. Counsel for the defendants have consented to the Government's request.

Wherefore, the Government respectfully requests that this Court enter an Order extending the time for its response to pretrial motions to January 26, 2018. Attached for the Court's consideration is a proposed Order.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney


By: _____/s/_____
Kenneth S. Clark
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on January 12, 2018, to the CM-ECF system of the United States District Court for the District of Maryland for electronic delivery to all counsel of record.

                                              ____/s/_____
                                              Kenneth S. Clark

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal Number: JKB-16-0259** |
| | * | |
| **ELVIN DIAZ-HERNANDEZ, and** | * | |
| **JUAN DOMINGUEZ-LOPEZ,** | * | |
| | * | |
| **Defendants.** | * | |

..ooOoo..

## ORDER

The Court, upon the motion by the United States of America, hereby extends the deadline for the Government's response to pre-trial motions until January 26, 2018.

Date: _____        _____
                                                                                    Honorable James K. Bredar
                                                                                    United States District Court Judge