IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Number: JKB-16-0259 |
| | * | |
| ELVIN DIAZ-HERNANDEZ, and | * | |
| JUAN DOMINGUEZ-LOPEZ, | * | |
| | * | |
| Defendants. | * | |

..ooOoo..

### ORDER

The Court, upon the motion by the United States of America, hereby extends the deadline for the Government's response to pre-trial motions until January 26, 2018.

*NOTE: Motion hearing is set in for Feb. 8-9 and that date will not (cannot) change. JB*

Date: Jan. 16, 2018

Honorable James K. Bredar
United States District Court Judge