IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal Number: JKB-16-0259 |
| | * | |
| **ELVIN DIAZ-HERNANDEZ, and** | * | |
| **JUAN DOMINGUEZ-LOPEZ,** | * | |
| | * | |
| **Defendants.** | * | |

..ooOoo..

**CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO THE DEFENDANTS' PRE-TRIAL MOTIONS**

The United States of America, by and through, counsel Stephen M. Schenning, Acting United States Attorney for the District of Maryland, and Kenneth S. Clark, Assistant United States Attorney for the District of Maryland, respectfully submits this Motion for Extension of Time to Respond to the Defendants' Pre-Trial Motions.

1. In August 2017, the court set an amended scheduling order rescheduling the trial date for March 26, 2018 and setting a motions hearing for February 8-9, 2018. It also set dates for the filing of motions and set the deadline for the Government's responses to those motions for December 11, 2017. The Court has since granted consent motions to extend that deadline until January 26, 2018.

2. The defendants have filed motions to suppress various evidence in the case.

3. The Government is preparing its response to those motions. Counsel for both defendants, however, have indicated that they plan to review potential plea agreements with thei clients early next week and at least one of those is likely to be signed. As a result, the Government respectfully requests that it be permitted to respond to defense motions by Wednesday, January 31, 2018, assuming no plea agreements have been finalized.

4.      Counsel for both defendants have consented to the Government's request.

Wherefore, the Government respectfully requests that this Court enter an Order extending the time for its response to the defendants' pretrial motions to January 31, 2018.   Attached for the Court's consideration is a proposed Order.

        Respectfully submitted,

        Stephen M. Schenning
        Acting United States Attorney


By: _____/s/_____
       Kenneth S. Clark
       Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on January 25, 2018, to the CM-ECF system of the United States District Court for the District of Maryland for electronic delivery to all counsel of record.


                                        ____/s/_____
                                        Kenneth S. Clark

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal Number: JKB-16-0259** |
| | * | |
| **ELVIN DIAZ-HERNANDEZ, and** | * | |
| **JUAN DOMINGUEZ-LOPEZ,** | * | |
| | * | |
| **Defendants.** | * | |

..ooOoo..

## **ORDER**

The Court, upon the motion by the United States of America, hereby extends the deadline for the Government's response to the defendants' pre-trial motions until January 31, 2018.

Date: _____          _____
                                              Honorable James K. Bredar
                                              United States District Court Judge